Lavery & Sirkis, ESQUIRES
Joan Sirkis Lavery, Esq.
699 Washington Street
Suite 102
Hackettstown, NJ 07840
(908)850-6161
Attorney for the Debtor

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| | CHAPTER 13 CASE NO. 10-40285/NLW |
| Michael James Pellegrino and Patricia Howell Pellegrino | NOTICE OF VOLUNTARY CONVERSION TO CHAPTER 7 |
| Debtor | |

I, Michael J. Pellegrino, of full age, do hereby certify and say as follows:

1. I am the debtor in the above-captioned matter and as such am fully familiar with the facts and circumstances therein.

2. My overtime has lessened and living expenses have increased so I cannot afford to stay in a Chapter 13.

3. Consequently, I would like to convert our case to a Chapter 7.

4. This case has not been previously converted.

I certify that the foregoing statements made by are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated:    7/22/13

/s/ Michael J. Pellegrino
Michael J. Pellegrino